Certificate Number: 05781-INS-DE-041393318

Bankruptcy Case Number: 26-04883

05781-INS-DE-041393318

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 31, 2026, at 9:41 o'clock PM PDT, Zuri Jones-Martinez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Indiana.

Date: August 31, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President